1  Wayne C. Mayer
   Law Offices of Wayne C. Mayer
2  4619 Van Dyke Avenue
   San Diego, CA 92116
3  (619) 281-9263
   Fax (619) 281-2963
4
   Attorney for Material Witness: **ISABEL MATEO SANTIAGO**
5

6

7                    UNITED STATES DISTRICT COURT

8                    Southern District of California

9

10 | UNITED STATES OF AMERICA,        )  Case No.: 06 CR 2212 BEN
                                      )
11 |        Plaintiff,                )
                                      )  EXPARTE APPLICATION AND ORDER
12 | vs.                              )  TO EXONERATE THE APPEARANCE
                                      )  BOND FOR THE MATERIAL WITNESS
13 | ROJELIO AMODOVAR PYAN,           )
                                      )  **ISABEL MATEO SANTIAGO**
14 |        Defendant.                )
   |_____)

15

16                        **EXPARTE APPLICATION**

17   I, Wayne C. Mayer, attorney for the material witness **ISABEL MATEO SANTIAGO**,

18 submit this exparte application and order to exonerate the appearance bond securing the

19 attendance of the material witness in this case.

20   This application is made after I obtained authorization from the Office of the United

21 States Attorney and the defense attorney to release the material witness to the Bureau of Customs

22 and Border Protection and after the parties filed a STIPULATION OF FACT AND JOINT

23 MOTION FOR RELEASE OF THE MATERIAL WITNESSES and after the material witness

24 was surrendered to the custody of the Bureau of Customs and Border Protection for the return of

25 the material witness to her country of origin.

                                         1                          06 CR 2212 BEN

On behalf to the material witness and the surety who signed the appearance bond for the material witness, I am requesting that the court order the exoneration of the material witness bond. The cash deposit was $500.00

I affirm the above is true and correct under penalty of perjury under the laws of the United States.

Dated: 10/26/06

Wayne C. Mayer, Attorney for Material Witness
ISABEL MATEO SANTIAGO

## ORDER

On application of Wayne C. Mayer, attorney for the named material witnesses, **AND GOOD CAUSE APPEARING;**

**IT IS HEREBY ORDERED** that the bond for the material witness **ISABEL MATEO SANTIAGO** be exonerated and the $500.00 cash deposit be returned to the surety in this matter listed in the bonding documents: Diana Irais Reyes, 2415 S. Cochran Avenue, Los Angeles, CA 90016.

Dated: 11/07/06

Honorable Roger T. Benitez
United States District Court

Wayne C. Mayer
4619 Van Dyke Avenue
San Diego, CA 92116
(619) 281-9263
Fax: (619) 281-2963
Cellular: 760-250-1456

# Law Offices of Wayne C. Mayer

October 26, 2006

The Honorable Roger T. Benitez
United States District Court
940 Front Street
San Diego, CA 92101

RE: **USA VS. ROJELIO ALMODAVAR PYAN**
06 CR 2212 BEN
Material Witness: **ISABEL MATEO SANTIAGO**

Dear Judge Benitez:

On October 18, 2006 the defendant filed with the court a stipulation and agreement to release the material witnesses. The matter was set for disposition October 26, 2006 before Magistrate Major.

October 25, 2006 I surrendered **ISABEL MATEO SANTIAGO** to the Bureau of Customs and Border Protection who accepted jurisdiction over the material witness.

Enclosed is an EXPARTE APPLICATION AND ORDER TO EXONERATE THE APPEARANCE BOND FOR THE MATERIAL WITNESS AND DISBURSE THE BOND FUNDS. The $500 cash deposit should be returned the surety in this matter listed in the bonding documents: Diana Irais Reyes, 2415 S. Cochran Avenue, Los Angeles, CA 90016.

Assuming the Order meets with the Court's approval, I request the Court sign the Order, have your clerk file the original, and provide this office with a conformed copy.

Sincerely,

Wayne C. Mayer
Attorney at Law
WCM:bms
Encl.
Cc: Irais Reyes